Commonwealth *v.* Greene, Appellant.

Submitted December 8, 1969. *Michael J. Dowd,* for appellant; *Maurice L. Epstein,* District Attorney, for Commonwealth, appellee.

OPINION PER CURIAM: The order of the court below is vacated and the record is remanded for a hearing on

the issues raised by the petition and any nonfrivolous claims that may be added by amendment.

WRIGHT, P. J., dissents.